IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02216-WYD-MEH

FERDINAND DE LEON, on behalf of himself and a Class of Judgment Creditors of the Estate of Ferdinand E. Marcos,

    Plaintiff,

v.

IMELDA R. MARCOS and FERDINAND R. MARCOS, as executors of the Estate of Ferdinand E. Marcos,
DENMAN INVESTMENT CORPORATION, INC., and
ALL UNKNOWN PERSONS WHO CLAIM INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 2, 2009.**

    Plaintiff's unopposed[1] Motion for Alternative Service [filed October 1, 2009; docket #4] is **granted**. *See Pimentel v. Denman Inv. Corp.*, Civil Action No. 05-cv-00702-MSK-MEH (D. Colo. filed Dec. 11, 2006). Plaintiff may serve the Summons and Complaint in this matter upon Imelda R. Marcos and Ferdinand R. Marcos via Federal Express.

---

[1] The motion is unopposed by the other named Defendant in this matter, Denman Investment Corporation, Inc. Docket #4 at 2.