IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02216-MSK-MEH

FERDINAND DE LEON, on behalf of himself and a Class of Judgment Creditors of the Estate of Ferdinand E. Marcos,

    Plaintiff,

v.

IMELDA R. MARCOS and FERDINAND R. MARCOS, as executors of the Estate of Ferdinand E. Marcos,
DENMAN INVESTMENT CORPORATION, INC., and
ALL UNKNOWN PERSONS WHO CLAIM INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 12, 2009.**

    Plaintiff's Motion for Default Judgment Against Defendants Imelda Marcos and Ferdinand Marcos [filed November 6, 2009; docket #16] is **denied without prejudice**. Pursuant to Fed. R. Civ. P. 55(a), a party must seek entry of default by the Clerk of Court before the party may seek default judgment.