IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| Courtroom Deputy: | Patricia Glover | Date: June 25, 2010 |
|---|---|---|
| Court Reporter: | Paul Zuckerman | |

Civil Action No. 09-cv-02216-MSK-MEH

| *Parties*: | *Counsel Appearing:* |
|---|---|
| FERDINAND DE LEON, | Richard Sander |
| | Robert Swift |
| Plaintiff, | |
| v. | |
| IMELDA R. MARCOS; | John Bender |
| FERDINAND R. MARCOS; and | Gregory Goldberg |
| DENMAN INVESTMENT CORPORATION, INC., | Eugene Gulland |
| Defendant. | |

## COURTROOM MINUTES

HEARING: Motions

**2:39 p.m.** **Court in session.**

The Court addresses defendant Denman's Motion to Dismiss (**Doc. #11**).

Argument by counsel Gulland and Swift.

The Court addresses Motion to Certify Class (**Doc. #39**).

**ORDER:** Motion to Certify Class (**Doc. #39**) is **DENIED.**

The Court addresses Motion fo Issuance of Letters Rogatory (**#Doc. #41**).

**ORDER:** The Court adopts Magistrate Judge Hegarty's Report and Recommendation (Doc. #52) and the.Motion for Issuance of Letters Rogatory (Doc. #41) is GRANTED in part and DENIED in part as specified in the Report and Recommendation.

The Court addresses plaintiff's Motion for Reconsiders of the Court's April 21, 2010 Order (**Doc.#57**).

**ORDER**: Plaintiff's Motion for Reconsideration of the Court's April 21, 2010 Order **(Doc. #57) is DENIED.**

Further argument and request for clarification by counsel Swift.

**ORDER:** The Court dismisses Claim No. 1 of the Complaint. Claim No. 2 now stands as a request for declaratory judgment that Marcos is the beneficial owner of the property for which defendant holds title.

**3:39 p.m.** **Court in recess.**

**Total Time: 1 hour 0 minutes.**
**Hearing concluded.**